In the Matter of the Petition of WILLIAM H. JANES, Appellant, to Revoke Probate of Will of ECKFORD WEBB, Deceased; JESSIE BELKNAP RANKEN, Respondent.

*Matter of Janes*, 87 Hun, 57, affirmed.
(Argued March 12, 1897; decided March 26, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered May 20, 1895, which affirmed a decree of the Surrogate's Court of Kings county dismissing proceedings to revoke the probate of a will.

*Louis O. Van Doren* for appellant.

*James D. Bell* and *Abram H. Dailey* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., absent.

---

CLARA J. BROWN, Respondent, *v.* SALLY ALLEN et al., as Administrators of EMORY ALLEN, Deceased, Appellants.

*Brown* v. *Allen*, 88 Hun, 401, affirmed.
(Argued March 12, 1897; decided March 26, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered July 8, 1895, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

*Henry W. Bentley* for appellants.

*C. D. Adams* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except MARTIN, J., not sitting.